Prob12B
(NCW Rev. 2/04)

FILED
ASHEVILLE, N. C.

JUN 10 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Kristie Elaine WARD          Case Number: 2:00CR90-2

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg
                                       U.S. District Judge

Date of Original Sentence: 10/9/01     Register Number: 16698-058  PACTS Number: 9519

Original Offense: 21 USC 841(d)(1); 18 USC 2 - Possession of Pseudoephedrine & Ethyl Ether w/ Intent to Manufacture Methamphetamine, Sch. II; Aid & Abet, Class C Felony

Original Sentence: 26 months imprisonment with 3 years supervised release to follow. Special conditions: (1) $100 assessment, (2) reimburse the United States for court-appointed attorney fees and (3) participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant shall maintain use of all prescribed medications.

The defendant was released from the Bureau of Prisons to the Middle District of Alabama, where supervision has remained throughout the term of supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: 8/20/03

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total of years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall reside in a Community Corrections Facility maintained under contract to the Bureau of Prisons for a term of 6 months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the

time directed by the probation officer. While residing at the Community Corrections Facility, the defendant shall participate in a drug treatment program."

## CAUSE

On 3/29/05 and 4/19/05 the defendant submitted to two urinalyses which tested positive for methamphetamine and marijuana. The defendant admitted she has been using these illegal drugs since December, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____
Mark D. Corbin
U.S. Probation Officer
(828) 488-5083
Date: 6/3/05

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

6-8-05
Date

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. While residing at the community corrections facility the defendant shall participate in a drug treatment program.**

Witness: _____  Signed: _____
U. S. Probation Officer                    Supervised Releasee

4-19-05
Date